UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In the Matter of: STEVEN D. MOLASKY, Debtor, | No. 11-15060 |

| | |
|---|---|
| STEVEN D. MOLASKY, Appellant, v. AUGUSTINE C. BUSTOS, Appellee. | D.C. No. 2:10-cv-00781-JCM-PAL District of Nevada, Las Vegas<br><br>ORDER AMENDING MEMORANDUM |

Before: NOONAN and MURGUIA, Circuit Judges, and TIMLIN, Senior District Judge.[*]

Bustos' motion to correct is **GRANTED**.

The memorandum disposition filed September 13, 2012 is amended as

follows: on page 2, paragraph 2, line 7, replace "4004(b)" with "4007". In the same

paragraph, lines 7-9, delete the sentence and citation "The deadline can be

---

[*]     The Honorable Robert J. Timlin, Senior District Judge for the U.S.
District Court for Central California, sitting by designation.

extended even after the deadline has already run. *See* FED. R. BANKR. P. 4004(b)(2)."

On page 4, last line, replace "4004(b)" with "4007".

The dissent remains unchanged.